UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAPTIC, INC.,<br>    Plaintiff,<br>  v.<br>APPLE, INC.,<br>    Defendant. | Case No. 24-cv-02296-JSC<br><br>**ORDER RE: PLAINTIFF'S MOTION TO SUBMIT REBUTTAL EXPERT REPORT**<br><br>Re: Dkt. No. 106 |

Pending before the Court is Haptic's motion to serve a rebuttal expert claim construction report. After considering the parties' written submissions, the Court concludes oral argument is not required, *see* N.D. Cal. Civ. L.R. 7-1(b), VACATES the October 8, 2024 hearing, and GRANTS the motion.

Haptic has shown good cause for service of the report. Apple never explains how Haptic could have anticipated the opinions Apple's expert offered given the genericness of its Patent Local Rule 4-2 disclosure. While the meet and confer process contemplated by Rule 4-1 should have revealed the proposed opinions, Apple does not argue, let alone offer evidence, that it did. The Court finds permitting the report will be helpful to the claim construction proceedings and nothing in the Patent Local Rules obviates this Court's discretion to permit such a report. Accordingly, Haptic's motion is GRANTED.

The parties shall meet and confer to agree on a date for its rebuttal expert's deposition, as well as whether a modification to the other claim construction dates is required. They shall submit a stipulation identifying the deposition date, as well as any proposed modifications to the schedule, by Wednesday, October 9, 2024.

This Order disposes of Docket No. 106.

1     **IT IS SO ORDERED.**

2     Dated: October 4, 2024

JACQUELINE SCOTT CORLEY
United States District Judge