| | |
|---|---|
| Davida Brook (SBN 275370) | Roger A. Denning (SBN 228998) |
| dbrook@susmangodfrey.com | Seth M. Sproul (SBN 217711) |
| Connor Cohen (SBN 354686) | Joy B. Kete (SBN 355859) |
| ccohen@susmangodfrey.com | Ryan P. O'Connor (SBN 253596) |
| Xue Li (SBN 333826) | FISH & RICHARDSON P.C. |
| ali@susmangodfrey.com | 12860 El Camino Real Suite 400 |
| SUSMAN GODFREY L.L.P. | San Diego, CA 92130 |
| 1900 Avenue of the Stars, Suite 1400 | Phone: 858-678-5070 |
| Los Angeles, CA 90067 | Fax:     858-678-5099 |
| Telephone: (310) 789-3100 | Email: denning@fr.com |
| Facsimile: (310) 789-3150 | Email: sproul@fr.com |
| | Email: kete@fr.com |
| Brian D. Melton (Admitted *pro hac vice*) | Email: oconnor@fr.com |
| bmelton@susmangodfrey.com | |
| Rocco Magni (Admitted *pro hac vice*) | Katherine D. Prescott (SBN 215496) |
| rmagni@susmangodfrey.com | Claire Chang (SBN 341420) |
| Ace M. Factor (Admitted *pro hac vice*) | FISH & RICHARDSON P.C. |
| afactor@susmangodfrey.com | 500 Arguello Street, Suite 400 |
| Shaleez E. Ozlat (Admitted *pro hac vice*) | Redwood City, CA 94063 |
| sozlat@susmangodfrey.com | Phone:  650-893-5070 |
| Thomas V. DelRosario (SBN 236264) | Fax: 650-839-5071 |
| tdelrosario@susmangodfrey.com | Email:  prescott@fr.com |
| SUSMAN GODFREY L.L.P. | Email:  cchang@fr.com |
| 1000 Louisiana Street, Suite 5100 | |
| Houston, TX 77002 | Qiuyi Wu (Admitted pro hac vice) |
| Telephone: (713) 651-9366 | FISH & RICHARDSON P.C. |
| Facsimile: (713) 654-6666 | One Marina Park Drive |
| | Boston, MA 02210 |
| *Counsel for Plaintiff Haptic, Inc* | Phone: 617-542-5070 |
| | Fax:     617-542-8906 |
| | Email: qwu@fr.com |
| | |
| | *Counsel for Defendant Apple Inc.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| HAPTIC, INC., | ) |
|       Plaintiff(s), | ) Case Number: 3:24-cv-02296-JSC |
|   vs. | ) **JOINT CASE MANAGEMENT** |
| APPLE INC., | ) **STATEMENT** |
|       Defendant(s). | ) JURY TRIAL DEMANDED |
| | ) Hon. Jacqueline Scott Corley |

**JOINT CASE MANAGEMENT STATEMENT**

The Parties submit this updated Joint Case Management Statement pursuant to Clerk's Notice Continuing Case Management Conference (Dkt. No. 137). This statement covers only new matters and does not repeat information from the parties' prior Joint Case Management Statement (Dkt. 141).

**1.   Motions**

There are no outstanding motions at this time.

**2.   Discovery**

Fact discovery closes on April 11, 2025. The parties have taken 15 depositions and have an additional 11 depositions scheduled. The parties are also working to complete their document productions. To date, Apple has produced 22,009 documents and Haptic has produced 4,622 documents.

The parties continue to have a dispute about documents Haptic is withholding because they were shared with or relate to its litigation funder Siltstone. This is addressed in a joint discovery letter that was filed on March 25, 2025. The parties are discussing additional issues regarding the scope of discovery, but no other disputes are ripe at this time.

**3.   Settlement and ADR**

The parties held a mediation session on February 19, 2025, but did not settle the case.

By: /s/ Brian D. Melton
Davida Brook (SBN 275370)
dbrook@susmangodfrey.com
Connor Cohen (SBN 354686)
ccohen@susmangodfrey.com
Xue Li (SBN 333826)
ali@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Brian D. Melton (Admitted *pro hac vice*)
bmelton@susmangodfrey.com

By: /s/ Joy B. Kete
Roger A. Denning (SBN 228998)
Seth M. Sproul (SBN 217711)
Joy B. Kete (SBN 355859)
Ryan P. O'Connor (SBN 253596)
FISH & RICHARDSON P.C.
12860 El Camino Real Suite 400
San Diego, CA 92130
Phone: 858-678-5070
Fax:    858-678-5099
Email: denning@fr.com
Email: sproul@fr.com
Email: kete@fr.com
Email: oconnor@fr.com

Rocco Magni (Admitted *pro hac vice*)
rmagni@susmangodfrey.com
Ace M. Factor (Admitted *pro hac vice*)
afactor@susmangodfrey.com
Shaleez E. Ozlat (Admitted *pro hac vice*)
sozlat@susmangodfrey.com
Thomas V. DelRosario (SBN 236264)
tdelrosario@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

*Counsel for Plaintiff Haptic, Inc*

Katherine D. Prescott (SBN 215496)
Claire Chang (SBN 341420)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063
Phone:  650-893-5070
Fax: 650-839-5071
Email:  prescott@fr.com
Email:  cchang@fr.com

Qiuyi Wu (Admitted pro hac vice)
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210
Phone: 617-542-5070
Fax:    617-542-8906
Email: qwu@fr.com

*Counsel for Defendant Apple Inc.*

JOINT CASE MANAGEMENT STATEMENT
Case No.: 3:24-cv-02296-JSC                3

**CERTIFICATE OF SERVICE**

The undersigned certifies that on March 26, 2025 the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Northern District of California, using this Court's Electronic Case Filing (ECF) system.

/s/ *Ace M. Factor*
Ace M. Factor