1
2
3
4                        UNITED STATES DISTRICT COURT
5                      NORTHERN DISTRICT OF CALIFORNIA
6

7   HAPTIC, INC,                           Case No.  25-mc-80114-KAW
8               Plaintiff,
                                           **REFERRAL FOR PURPOSE OF**
9        v.                                **DETERMINING RELATIONSHIP**
10  APPLE INC,
11              Defendant.
12

13         Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the

14  Honorable Judge Corley for consideration of whether the case is related to 24-cv-2296-JSC,

15  *Haptic, Inc. v. Apple, Inc*.

16         **IT IS SO ORDERED.**

17  Dated: May 13, 2025

18                                         _____
19                                         KANDIS A. WESTMORE
                                           United States Magistrate Judge
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California